PROB 12C
(6/22) SWPA

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NEW YORK

### Petition for Warrant or Summons for Person Under Supervision

Name of Person under Supervision:  Oscar  Martinez                  Case           0207 1:23CR00299
                                                                    Number:

Name of Sentencing Judicial Officer:  The Honorable Nelson S. Roman, U.S. District Judge for the Southern
District of New York

Name of Presiding Judicial Officer:  The Honorable Nicholas G. Garaufis, U.S. District Judge

Date of Original Sentence:  March 18, 2016

Original Offense:  Unlawful Receipt, Possession, or Transportation of Firearms or Ammunition, in violation of 18 U.S.C. 922(g)(1), a class C felony.

Original Sentence:  Eighty (80) months imprisonment with three (3) years of supervised release to follow and a $100 special assessment fee. The following special conditions were also imposed: 1) The mandatory drug testing condition is suspended due to imposition of a special condition requiring drug treatment and testing; 2) outpatient substance abuse treatment; 3) a search condition; 4) the defendant is to report to the nearest Probation Office within 72 hours of release from custody; and 5) the Court recommends that the defendant be supervised by the district of residence.

On September 23, 2021, Martinez's conditions of supervised release were modified, with consent, to include a mental health treatment condition and that he comply with medication regimen prescribed by a licensed psychiatrist.

On January 26, 2022, Martinez's conditions of supervised release were modified, with consent, to include inpatient drug treatment and a detoxification program.

On September 26, 2023, Martinez's conditions of supervised release were modified, with consent, to include inpatient drug treatment and a detoxification program.

Type of Supervision:  Supervised Release          Date Supervision Commenced:  June 11, 2021

Assistant U.S. Attorney
*To be assigned.*

Defense Counsel
*To be assigned.*

*PROB 12C - Petition for Warrant or Summons for Person Under Supervision*                    *Page 2*
*Oscar Martinez*                    *PACTS: 6455431*                    *Case Number: 0207 1:23CR00299*

## PETITIONING THE COURT

☑ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to comply with inpatient drug treatment and a detoxification program |
| 2 | Illicit substance use |

*PROB 12C – Petition for Warrant or Summons for Person Under Supervision*                                            *Page 3*
*Oscar Martinez*                          *PACTS:6455431*                    *Case Number: 0207 1:23CR00299*

U.S. Probation Officer Recommendation:

☑       The term of supervision should be revoked

        I declare under penalty that the foregoing is true and correct.

                                        Michael H      Digitally signed by
                                                       Michael H Cronin
                                                       Date: 2023.10.25
                                        Cronin         15:59:09 -04'00'
                                        _____
                                        Michael Cronin
                                        U.S. Probation Officer
                                        Date: October 25, 2023

                                        Approved by,

                                        *Joanmarie Langone*
                                        _____
                                        Joanmarie Langone
                                        Supervisory U.S. Probation Officer
                                        Date: October 25, 2023

---

**THE COURT ORDERS:**

☑       The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED
        UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL
        EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☐       The Issuance of a Summons.
☐       Other

**UPON EXECUTION OF THE WARRANT OR SUMMONS:**

☐       Person under supervision is ordered brought before District Judge forthwith.
☑       Initial appearance, arraignment on Violation Of Supervised Release charges, and detention hearing
        before Magistrate Judge

                                _____
                                Signature of Judicial Officer

                                        10/26/23
                                _____
                                Date